# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hercher, David W. | U.S. Bankruptcy Court, Oregon | 5/7/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☑ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>4/30/2017 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, District of Oregon
Congress Center
1001 S.W. Fifth Avenue #700
Portland, Oregon 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Disciplinary Board | Oregon State Bar |
| 2. | Officer and member of Executive Committee | Debtor-Credior Section, Oregon State Bar |
| 3. | Partner (through David W. Hercher, P.C.) | Miller Nash Graham & Dunn LLP (former law firm) |
| 4. | Sole officer, director, and shareholder | David W. Hercher, P.C. |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Miller Nash Graham & Dunn LLP partnership agreement, including provision for return of capital after withdrawal |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Miller Nash Graham & Dunn LLP; draws and distributions | $180,890.99 |
| 2. 2016 | Miller Nash Graham & Dunn LLP; draws and distributions | $168,561.14 |
| 3. 2017 | Miller Nash Graham & Dunn LLP; salary | $8,654.62 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Mr. Hood Communty College: teaching salary |
| 2. 2016 | Self-employed: lawyer |
| 3. 2016 | Warren & Sugarman: lawyer salary |
| 4. 2017 | Mt. Hood Community College: teaching saslary |
| 5. 2017 | Warren & Sugarman: lawyer salary |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hercher, David W. | 5/7/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Department of Education | Student loan | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hercher, David W. | 5/7/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America: cash account | | None | J | T | Exempt | | | | |
| 2. Fidelity Investments: FID Freedom K 2040 (mutual fund) | F | Dividend | P1 | T | Exempt | | | | |
| 3. Hartford Funds: Growth Opportunities FD-A (mutual fund held in IRA) | C | Dividend | M | T | Exempt | | | | |
| 4. Key Bank: IRA cash account | A | Interest | J | T | Exempt | | | | |
| 5. Miller Nash Graham & Dunn: law firm capital account | | None | K | T | Exempt | | | | |
| 6. Northwestern Mutual Life Insurance Company (H) | | | | | | | | | |
| 7. - 65 Life policy | A | Dividend | J | T | Exempt | | | | |
| 8. - Access Fund cash account | C | Interest | L | T | Exempt | | | | |
| 9. - Adjustable Complife policy #1 | A | Dividend | J | T | Exempt | | | | |
| 10. - Adjustable Complife policy #2 | B | Dividend | J | T | Exempt | | | | |
| 11. - Adjustable Complife policy #3 | A | Dividend | J | T | Exempt | | | | |
| 12. - Whole Life policy | A | Dividend | J | T | Exempt | | | | |
| 13. Oregon College Savings Plan: Age Based Portfolio Age 18 and Over | | None | J | T | Exempt | | | | |
| 14. Oregon Public Employees Retirement System | | None | J | T | Exempt | | | | |
| 15. Standard Insurance Company: Vanguard STAR Inv (mutual fund) | D | Dividend | M | T | Exempt | | | | |
| 16. U.S. Agencies Credit Union: cash account | A | Interest | K | T | Exempt | | | | |
| 17. U.S. Bank: cash account | A | Interest | L | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hercher, David W. | 5/7/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Fidelity Investments: FID Freedom K 2040 (mutual fund, line 2) is held through Miller Nash Graham & Dunn Profit Sharing Trust.

Part VII: Standard Insurance: Vanguard STAR Inv (mutual fund, line 15) is held through Miller Nash Graham & Dunn 401(k) Plan and Trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. Hercher**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544